No. 80–17.   BOWERS v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 80–35.   WEINGARTEN v. BLOCK ET AL.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 80–41.   ILLINOIS ET AL. v. INTERSTATE COMMERCE COMMISSION ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 80–53.   NORTH AMERICAN SOCCER LEAGUE ET AL. v. NATIONAL LABOR RELATIONS BOARD.   C. A. 5th Cir.   Certiorari denied.

No. 80–75.   KECO INDUSTRIES, INC. v. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION.   C. A. 6th Cir.   Certiorari denied.

No. 80–78.   PROVENZANO ET AL. v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 80–107.   MENOMINEE TRIBE OF INDIANS ET AL. v. UNITED STATES.   Ct. Cl.   Certiorari denied.

No. 80–111.   BARR ET AL., ADMINISTRATORS v. CITY OF NEW YORK ET AL.   App. Div., Sup. Ct. N. Y., 2d Jud. Dept.   Certiorari denied.

No. 80–117.   PATEL v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 80–153.   HEADY v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 80–155.   AMSTAR CORP. v. DOMINO'S PIZZA, INC., ET AL. C. A. 5th Cir.   Certiorari denied.